Form B16B  
6/90  

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF OHIO  
EASTERN DIVISION  

In re:                                    Case No. 18-  

Robert A. Moore  

                                          Judge:  

Debtor(s).                          Chapter 13  

**Pay Advices from the Employer for Debtor(s) for a 60-Day Period Preceding the Commencement of the Case Required by Rule 1007(b) & (c), Fed.R.Bankr.P.**

The following is true about the attached documents:

☐    All pay stubs received in the 60 days immediately prior to filing this case have been attached.

☑    The Debtor has received no pay advices within the 60 days prior to filing this case and is not required to file any further documentation by Section 521.

☐    The Debtor has had a gap in employment within the 60 days prior to filing this case and the attached pay advices comply fully with the pay advice requirements of Section 521.

☐    The Debtor has not yet received pay advices for the income most recently earned and the attached pay advices comply fully with the pay advice requirements of Section 521.

☐    There are pay advices required to be filed pursuant to Section 521 that are not attached to this cover sheet. Said documents shall be filed within 45 days of the commencement of this case, or an extension will be filed requesting an additional 45 days.

☐    Other. _____

**Additional Explanation Regarding Pay Advices, if necessary:**  
Debtor is self employed and has not received any pay advices in the 60 days prior to filing this case.  
_____  
_____  

Submitted By:  

/s/Michael J. David  
Michael J. David (0095505)  
Amourgis & Associate  
6100 Oak Tree Blvd. Suite 200  
Independence, OH 44131  
(216)7501149